**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
LISETTE PAULSON,                                              :
                                                              :
                           Plaintiff,                         :    16-CV-9049 (LTS) (OTW)
                                                              :
                -against-                                     :    ORDER
                                                              :
TIDAL,                                                        :
                                                              :
                           Defendant.                         :
                                                              :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

Plaintiff counsel's request to appear at today's conference by telephone is **GRANTED**.

Mr. Hicks shall call Chambers at 212-805-0260 at 2:30 p.m. today. All other counsel are still expected to attend in person.

**SO ORDERED.**

Dated: January 15, 2020
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge