**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

LISETTE PAULSON,

        Plaintiff,

        -against-

TIDAL,

        Defendant.

16-CV-9049 (LTS) (OTW)

**ORDER**

---

**ONA T. WANG**, **United States Magistrate Judge:**

A conference was held in this matter today, January 15, 2020. Accordingly:

- Plaintiff is directed to provide Defendant with the authorizations discussed at the conference, and provide the status of any other outstanding document production by January 24, 2020;

- Parties are directed to submit a joint status letter by February 7, 2020 pursuant to the directions given at the conference; and

- Fact discovery is extended to February 28, 2020.

**SO ORDERED.**

                                *s/ Ona T. Wang*

Dated: January 15, 2020                      **Ona T. Wang**
       New York, New York              United States Magistrate Judge