UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
LISETTE PAULSON,                  :

             Plaintiff,    :      No. 16-CV-9049 (LTS) (OTW)

         -against-    :      **ORDER**

TIDAL,                     :

         Defendant.   :

--------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge**:

On March 6, 2020, the Court extended the fact discovery deadline to May 1, 2020. (ECF 91). On March 20, 2020, the Court further extended discovery by a period of 60 days due to the COVID-19 pandemic. (ECF 93). Parties were directed to submit a joint status letter with new discovery deadlines within seven (7) days of the March 20, 2020 letter. (ECF 93). Parties did not do so. The Parties are directed to submit a joint status letter by **May 12, 2020**. The letter should include what discovery remains to be taken in the action.

**SO ORDERED.**

                        _s/ Ona T. Wang_

Dated: April 28, 2020         **Ona T. Wang**
     New York, New York    United States Magistrate Judge