**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
LISETTE PAULSON,

              Plaintiff,

             -against-

TIDAL,

             Defendant.
-------------------------------------------------------------x

16-CV-9049 (LTS) (OTW)

**ORDER**

      **ONA T. WANG**, **United States Magistrate Judge:**

      Today, the Court held a post-discovery status conference, nearly one year to the day that it tried to hold its first post-discovery status conference. The parties' recent filing, (ECF 100), raises many of the same discovery issues that were raised almost a year ago. The parties have requested an extension to certain discovery deadlines in light of their joint request to attend private mediation. Accordingly, it is hereby **ORDERED**:

- Parties must complete mediation by **March 31, 2021**;

- The expert discovery deadline is extended to April 30, 2021;

- Dr. O'Flaherty's deposition is to be completed by April 30, 2021. If Dr. O'Flaherty's treatment records need to be updated or supplemented, such supplemental production must be made at least one week before the deposition. No other fact discovery is permitted during this time;

- The parties are to submit monthly joint status letters on the 15th of each month, or the next business day if the 15th falls on a weekend or public holiday;

- This case is NOT stayed pending mediation;

- Any currently pending requests to reopen fact discovery are denied as premature;

- Any requests to extend mediation or discovery deadlines, or engage in any fact discovery outside of Dr. O'Flaherty's deposition and supplemental production, even if agreed by the parties, **MUST** be requested sufficiently in advance to be ordered by the court **BEFORE** the relevant deadline. The parties have already been warned that the Court is not likely to allow any additional fact discovery.

**SO ORDERED.**

Dated: January 19, 2021
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge